No. 79–1178. Faymor Development Co., Inc. *v.* King et al. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Strycker's Bay Neighborhood Council* v. *Karlen,* 444 U. S. 223 (1980). Mr. Justice Blackmun and Mr. Justice Stevens dissent.

No. 79–1312. Pennsylvania *v.* Henderson. Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Fare* v. *Michael C.,* 442 U. S. 707 (1979). Mr. Justice Brennan and Mr. Justice Stevens dissent.

No 79–1329. Director, Office of Workers' Compensation Programs, U. S. Department of Labor *v.* Walter Tantzen, Inc., et al. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *P. C. Pfeiffer Co.* v. *Ford,* 444 U. S. 69 (1979).

No. 79–5438. Gayle, aka Waiters *v.* New York. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).

No. 79–5853. Dunagan *v.* Illinois. App. Ct. Ill., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).